FORM 8. Entry of Appearance

Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bosch Automotive Service Solution    v.    Autel U.S. Inc., et al.

No. 15-1928

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- [ ] Pro Se
- [x] As counsel for: Bosch Automotive Service Solutions LLC
  Name of party

I am, or the party I represent is (select one):

- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus curiae
- [ ] Cross Appellant
- [x] Appellant
- [ ] Appellee
- [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

- [ ] Petitioner or appellant
- [ ] Respondent or appellee

Name: David J. Marr
Law Firm: Clark Hill PLC
Address: 150 N. Michigan Ave.; 27th Floor
City, State and Zip: Chicago, IL 60601
Telephone: 312-985-5558
Fax #: 312-985-5958
E-mail address: dmarr@clarkhill.com

Statement to be completed by counsel only (select one):

- [ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- [x] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/89

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
- [ ] Yes  [x] No

- [ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 01, 2015    Signature of pro se or counsel /s/David J. Marr

cc:

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ⸢Sep 1, 2015⸥ by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Timothy M. McCarthy | /s/Timothy M. McCarthy |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Clark Hill PLC
Address: 150 North Michigan Avenue; 27th Floor
City, State, ZIP: Chicago, Illinois 60601
Telephone Number: 312-985-5561
FAX Number: 312-985-5591
E-mail Address: tmccarthy@clarkhill.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.